SMITH et al. v. NEW YORK CENT. & H. R. R. CO.

(Supreme Court, Appellate Division, Second Department. November 13, 1914.)

Appeal from Trial Term, Dutchess County.
Action by Carrie G. Smith and another against the New York Central & Hudson River Railroad Company. From a judgment for plaintiffs, and an order denying a new trial, defendant appeals. Affirmed.
Argued before JENKS, P. J., and CARR, STAPLETON, PUTNAM, and THOMAS, JJ.

PER CURIAM. Judgment and order affirmed, with costs. See J. Henry Smith et al. v. New York Central & Hudson River Railroad Co., 150 N. Y. Supp. 233, decided herewith.

THOMAS, J., dissents, upon grounds stated in decision of J. Henry Smith et al. v. New York Cent. & H. R. R. Co., supra.